THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRION B. FREEMAN, Appellant.

Submitted December 5, 2016; decided December 15, 2016

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.